**RECEIVED**
IN ALEXANDRIA, LA.

DEC 2 1 2012

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

GEORGE SIMMONS,                          CIVIL ACTION
             Plaintiff                   SECTION "P"
                                         1:12-CV-02078
VERSUS

JAMES LABLAU, et al.,                    JUDGE DEE D. DRELL
             Defendants                  MAGISTRATE JUDGE JAMES D. KIRK


MEMORANDUM ORDER

Simmons filed a motion for transfer to another prison (Doc. 18) because he does not feel safe at Avoyelles Correctional Center in Cottonport, Louisiana.

A federal court will not direct a state's prison system concerning the specific prison in which a particular state prisoner must be incarcerated.  See Meachum v. Fano, 427 U.S. 215, 96 S.Ct. 2532 (1976).  It is settled that federal courts will not interfere with matters of discipline and control in state prisons except where paramount federal constitutional or statutory rights intervene.  Startti v. Beto, 405 F.2d 858, 859 (5th Cir. 1969), cert. den., 395 U.S. 929, 89 S.Ct. 1789 (1969); LeBlanc v. Foti, 487 F.Supp. 272, 275 (E.D.La. 1980).  A writ of mandamus ordering a prison transfer is not available under 42 U.S.C. §1983.

Therefore, Simmon's motion to have the court order him

transferred to another prison (Doc. 18) is DENIED.

THUS DONE AND SIGNED in Alexandria, Louisiana on this _____ of December 2012.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE