RECEIVED
JAN 1 6 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE SIMMONS | DOCKET NO. 12-CV-2078; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim for which relief may be granted, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 15th day of January, 2013.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE